UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

JUAN BOCANEGRA,                                    MEMORANDUM
                                                   OPINION AND ORDER
                        Movant,
                                                   09 Civ. 4195 (SAS)
        - against -

UNITED STATES OF AMERICA

                        Respondent.

--------------------------------------------------------------X

SHIRA A. SCHEINDLIN, U.S.D.J.:

        On April 28, 2009, pro se litigant Juan Bocanegra[1] filed a motion for

the return of property under Rule 41(g) of the Federal Rules of Criminal

Procedure.[2]  To wit, Bocanegra seeks the return of the following items which he

claims were seized by the Drug Enforcement Agency ("DEA") at the time of his

arrest: (1) a Colombian Passport; (2) a black wallet containing various

identification and debit/credit cards and a Colombian driver's license; (3) a pair of

Rayban sunglasses; (4) a USB Memory One GB; (5) a Comcal Sim card; and (6) a

---

[1]     In the prior criminal proceedings, Juan Bocanegra went by the name
Juan Carlos Bocanegra-Fonseca.

[2]     See Motion for Return of Seized Property Pursuant to Fed.R.Crim.P.
41(g) with Incorporated Memorandum of Law.

digital palm model Tungsten E2.[3]  In response, the Government states that on May

29, 2009, the United States Attorney's Office for the Southern District of New

York forwarded items 1, 4, 5 and 6 to the McRae federal correctional institution,

in care of Bocanegra's counselor.[4]  Furthermore, the Government claims that items

2 and 3 were never seized by the DEA.[5]

Assuming, *arguendo*, that items 2 and 3 were, in fact, seized by the

DEA and subsequently lost or destroyed, Bocanegra has no recourse against the

United States because sovereign immunity bars the award of money damages in a

Rule 41(g) motion.[6]

> Rule 41(g) itself, "which simply provides for the return of
> seized property, does not waive the sovereign immunity of

---

[3]       *See id.* at 3-4.

[4]       *See* 5/29/09 Letter from AUSA Michelle K. Parikh at 1-2.  Bocanegra
is currently incarcerated at FCI McRae.

[5]       *See id.* at 2 ("I have been informed by Special Agent Teper that, to the
best of his knowledge, the wallet, its contents and the sunglasses were never
seized by the DEA.").

[6]       *Bonilla v. United States*, No. 06-CV-1198, 2008 WL 4104579, at *2
(E.D.N.Y. Sept. 4, 2008) ("Rule 41(g) provides simply for the return of property.
It does not speak to damages for property that the government is unable to
return."); *Wai Hung v. United States*, No. 02 CV 6795, 2007 WL 1987749, at *2
(E.D.N.Y. July 3, 2007) ("[W]here a petitioner seeks return of property that has
become unavailable due to loss or destruction of the property, and the United
States had not waived its sovereign immunity against such claims, the claim for
return of property must be dismissed.").

the United States with respect to actions for money damages relating to such property." As to civil equitable actions brought for the return of property after the conclusion of criminal proceedings, "such equitable jurisdiction does not permit courts to order the United States to pay money damages when, for whatever reason, property is not available for Rule 41(g) return."[7]

In sum, Bocanegra's Rule 41(g) motion is moot with respect to items 1, 4, 5 and 6.

With regard to items 2 and 3, "any Rule 41(g) claim for the return of tangible

property that is no longer at hand . . . [is] jurisdictionally barred by the principle of

sovereign immunity."[8] The Clerk of the Court is directed to close the instant

motion (Document # 2) and this case.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:     New York, New York
           June 5, 2009

---

[7]     *Diaz v. United States*, 517 F.3d 608, 611 (2d Cir. 2008) (citations omitted, quoting *Adelake v. United States*, 355 F.3d 144, 151 (2d Cir. 2004)).

[8]     *Id.* at 612.

3

## - Appearances -

**Movant (Pro Se):**

Juan Carlos Bocanegra-Fonseca
# 90206-054
FCI McRae
McRae, GA 31055

**For Responent:**

Michelle K. Parikh
Assistant United States Attorney
One St. Andrew's Plaza
New York, NY 10007
(212) 637-1071